UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUZANNE WINTERS,<br>Plaintiff,<br>v.<br>FCA US, LLC,<br>Defendants. | Case No.: 26-cv-3574-RSH-VET<br>**ORDER ON JOINT MOTION TO DISMISS**<br>[ECF No. 8] |

Before the Court is the Parties' "Joint Motion to Dismiss With Prejudice." ECF No. 8. The motion satisfies the requirements of Rule 41(a)(1)(A)(ii) and is effective on filing. *See Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). The action, in its entirety, is hereby **DISMISSED WITH PREJUDICE**, with each Party to bear its own costs.

**IT IS SO ORDERED.**

Dated: November 12, 2026

Hon. Robert S. Huie
United States District Judge